IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10989
Summary Calendar
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DANA WHITE,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
(4:96-CR-25-Y)
- - - - - - - - - -
April 29, 1997

Before Wisdom, King, and Smith, Circuit Judges.

PER CURIAM:[*]

Appellant Dana Marie White appeals the sentence imposed for her conviction for making available a place for manufacturing, storing, and distributing cocaine and cocaine base. She argues that the court clearly erred in determining the quantity of drugs attributable to her and that the court erred in refusing to apply U.S.S.G. § 2D1.8(a)(2) in determining her base offense level. We

_____

[*] The court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

have reviewed the briefs and the record and conclude that there is no error.

AFFIRMED.